UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAROOD JARBO,

    Plaintiff,

v.

U.S. SUBURBAN BUILDING
SERVICES, INC., and
CORY JACOBSON [SIC],
in his individual capacity, Jointly and Severally,

    Defendants.
_____/

Case No. 15-cv-14458

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

<u>ORDER (1) ADOPTING MAGISTRATE JUDGE GRAND'S JULY 5, 2017
REPORT AND RECOMMENDATION (ECF NO. 29),
(2) GRANTING DEFENDANT U.S. SUBURBAN BUILDING SERVICES,
INC.'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 24), AND
(3) DISMISSING PLAINTIFF'S SOLE REMAINING STATE LAW CLAIM
AGAINST DEFENDANT COREY JACOBY WITHOUT PREJUDICE</u>

On July 5, 2017, Magistrate Judge David R. Grand issued a Report and Recommendation to grant Defendant U.S. Suburban Building Services, Inc.'s Motion for Summary Judgment and to decline to exercise supplemental jurisdiction over Plaintiff's remaining state law claim against unserved Defendant Cory Jacobson (whose real name is Corey Jacoby), and dismiss that sole remaining state law claim

1

without prejudice.

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court: (1) ADOPTS the Report and Recommendation (ECF No. 29), (2) GRANTS Defendant Suburban's Motion for Summary Judgment (ECF No. 24 ), and (3) DECLINES to exercise supplemental jurisdiction over Plaintiff's Elliott-Larsen Civil Rights Act claim against unserved Defendant Corey Jacoby, and DISMISSES that claim WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 31, 2017.

s/Deborah Tofil  
Case Manager